IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM O. ROBINSON,

    Plaintiff,                                  CV F 06 0294 OWW WMW   P

    vs.                                               ORDER

DR. VIRAVATHANA,

    Defendant.

       On September 6, 2006, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the complaint with leave to amend.  On September 15, 2006, Plaintiff lodged with the court a first amended complaint.  On September 18, 2006, Plaintiff filed objections to the findings and recommendations.

       Accordingly, IT IS HEREBY ORDERED that :

       1. The September 6, 2006, recommendation of dismissal is vacated.

       2. The Clerk's Office shall file the September 15, 2006, first amended complaint.

IT IS SO ORDERED.

**Dated:   October 3, 2006**                 /s/  **William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE